## Chester DELISLE v. STATE.
### No. 17034.

Court of Criminal Appeals of Texas.
June 27, 1934.

Finley, Wolfe & Barron, of Sherman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Robbery with firearms is the offense; penalty assessed at confinement in the penitentiary for fifteen years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.